Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAURIE A. HUMPHREYS, | Case No. 2:17-cv-00299-JCM-CWH |
| Plaintiff, | Judge James C. Mahan |
| v. | |
| CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC, | **STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Experian Information Solutions, Inc., from the above captioned action, with prejudice. Each party will bear its own fees and costs.

Dated: July 21, 2017

Respectfully submitted,

| /s/ *Matthew I. Knepper, Esq.* | /s/ *Charles E. Gianelloni, Esq.* |
|---|---|
| Matthew I. Knepper, Esq. | Charles E. Gianelloni. Esq. |
| Nevada Bar No. 12796 | Nevada State Bar No. 12747 |
| Miles N. Clark, Esq. | Joshua D. Cools, Esq. |
| Nevada Bar No. 13848 | Nevada State Bar No. 11941 |
| KNEPPER & CLARK LLC | V. R. Bohman, Esq. |
| 10040 W. Cheyenne Ave., Suite 170-109 | Nevada State Bar No. 13075 |
| Las Vegas, NV 89129 | Bob L. Olson, Esq. |
| Email: matthew.knepper@knepperclark.com | Nevada State Bar No. 3783 |
| Email: miles.clark@knepperclark.com | SNELL & WILMER L.L.P. |
|  | 3883 Howard Hughes Parkway |
| David H. Krieger, Esq. | Las Vegas, NV 89169 |
| Nevada Bar No. 9086 | Office: 702-784-5200 |
| HAINES & KRIEGER, LLC | Fax: 702-784-5252 |
| 8985 S. Eastern Avenue, Suite 350 | Email: cgianelloni@swlaw.com |
| Henderson, Nevada 89123 | Email: jcools@swlaw.com |
| Office: (702) 880-5554 | Email: vbohman@swlaw.com |
| dkrieger@hainesandkrieger.com | Email: bolson@swlaw.com |
|  |  |
| Attorneys for Plaintiff | Attorneys for Defendant |
| *Laurie A. Humphreys* | *Experian Information Solutions, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED August 31, 2017.